nied. *Jesse R. Fillman* and *Wm. Clarke Mason* for petitioner. *Solicitor General McGrath, Assistant Attorney General McGregor, Sewall Key, Helen R. Carloss* and *Morton K. Rothschild* for respondent. ▅▅▅▅▅▅

No. 137. THIRD NATIONAL BANK *v.* FEDERAL SAVINGS & LOAN INSURANCE CORP.; and

No. 138. THIRD NATIONAL BANK *v.* FEDERAL DEPOSIT Co. October 14, 1946. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *John J. Hooker* for petitioner. *Solicitor General McGrath, Kenneth G. Heisler* and *Ray E. Dougherty* for respondent in No. 137. Reported below: 153 F. 2d 678.

No. 143. SAN GERONIMO DEVELOPMENT Co., INC. *v.* UNITED STATES. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Nelson Gammans* for petitioner. *Solicitor General McGrath* and *Roger P. Marquis* for the United States.

No. 144. CALVERT *v.* SMITH ET AL. October 14, 1946. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied. *Samuel B. Brown* for petitioner.

No. 146. RIMBOW ET AL., DOING BUSINESS AS HUCKABY FUNERAL SERVICE, *v.* RIMBOW ET AL. October 14, 1946. Petition for writ of certiorari to the Court of Civil Appeals, 1st Supreme Judicial District, of Texas, denied. *F. S. K.*

*Whittaker* for petitioners. *Albert J. DeLange* and *Henry E. Kahn* for respondents.

No. 152. BARNES *v.* NEW YORK. October 14, 1946. Petition for writ of certiorari to the Court of Appeals of New York denied. *Thomas L. Newton* for petitioner. *Alan V. Parker* for respondent.

No. 156. GEORGE-HOWARD ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORP. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *B. C. Howard* for petitioners. *Solicitor General McGrath, Assistant Attorney General Sonnett, Paul A. Sweeney, James M. Kane* and *Jerome Walsh* for respondent.

No. 157. HEDRICK *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Jeremiah F. Cross* for petitioner. *Solicitor General McGrath, Assistant Attorney General McGregor, Sewall Key, Helen R. Carloss* and *Hilbert P. Zarky* for respondent.

No. 158. J. E. HADDOCK, LTD. ET AL. *v.* PILLSBURY, DEPUTY COMMISSIONER, ET AL. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Frank J. Creede* for peti-